

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDDY AKIENS<br>Petitioner | : | CIVIL ACTION |
| v. | : | |
| JAMES T. WYNDER, et al.,<br>Respondent | : | NO. 06-5239 |

FILED JUN 20 2007 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk

## ORDER

AND NOW, this 20th day of June, 2007, upon consideration of the Petition for Writ of Habeas Corpus and the Commonwealth's Response, inclusive of all exhibits thereto, the other documents filed by the parties and after review of the Report and Recommendation *and Petitioner's Objection thereto,* of United States Magistrate Judge Carol Sandra Moore Wells, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED without an evidentiary hearing; and

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's procedural and substantive disposition of his claims. Consequently, a certificate of appealability is DENIED.

IT IS SO ORDERED.

BY THE COURT:

*James T. Giles*
JAMES T. GILES, J.