IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREDDY AKIENS       **FILED**     CIVIL ACTION

v.            MAR 2 4 2014

JAMES T. WYNDER, et al.     MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk NO.  06-5239

## O R D E R

**AND NOW**, this 24th day of March, 2014, upon consideration of the motion of Freddy
Akiens for relief under Fed. R. Civ. P. 60(b)(6) (ECF Document 21), for the reasons explained in
the accompanying Memorandum, it is hereby **ORDERED** that Akiens' Rule 60(b)(6) motion is
**DENIED**.

BY THE COURT:

_____

L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE